494 A.2d 1049

**In the Matter of the ADOPTION OF A.F.**

**Petition of CHILDREN'S SERVICES OF ERIE COUNTY.**

Supreme Court of Pennsylvania.

April 12, 1985.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted and the order of Superior Court, 334 Pa.Super. 53, 482 A.2d 1076, is reversed. *See Matter of G.T.M.*, 506 Pa. 44, 483 A.2d 1355 (1984). The final decree of Erie County Court of Common

Pleas, Orphans' Court Division, terminating the parental rights of the natural mother of A.F., is reinstated.